IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | | |
| --- | --- | --- | --- |
| Wanda Perez-Arjona | : | Case No.: | 18-12382MDC |
| | : | | |
| Debtor(s) | : | Chapter | |

## CERTIFICATE OF NO RESPONSE TO MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS

I, Brad J. Sadek, Esquire, hereby certify that no answer, objection, or other responsive pleading or request for hearing has been filed within the time allowed by law pertaining to the Motion to Sell Real Estate filed at Docket Number 35.

Dated: February 14, 2019

/S/Brad J. Sadek, Esquire

Sadek & Cooper Law Offices, LLC
1315 Walnut Street, #302
Philadelphia, PA 19107
215-545-0008