# EXHIBIT "A"

## Dana L. Jorden

| | |
|---|---|
| **From:** | Sarah A. Elia |
| **Sent:** | Tuesday, August 06, 2019 1:42 PM |
| **To:** | 'brad@sadeklaw.com' |
| **Subject:** | Beneficial v. Javier Arjona and Wanda Perez (2468 Elfreth's Alley) #693002 0094687: |

Hi Brad – As you may recall, we represent WSFS.  My client advises Ms. Perez is in default under the Stipulation of Settlement by failing to pay the regular monthly payment that was due on August 1.   Per the terms of the Stipulation, we may file a Certificate of Default if the default is not cured within five days.

Thanks,
Sarah


**Sarah A. Elia, Partner**



2000 Market Street, Suite 1300
Philadelphia, PA 19103
T: 267.295.3364, M: 215.370.5967, F: 215.564.7699
selia@wglaw.com, www.wglaw.com


Confidentiality Note: The information contained in this electronic message may contain attorney-client privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient of this email message you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify the sender by return email; and by telephone at 215.972.7900

Weber Gallagher Simpson Stapleton Fires & Newby LLP

# EXHIBIT "B"

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  **WANDA I. PEREZ-ARJONA** | **BANKRUPTCY CASE** |
| **Debtor** | **NO.: 18-12382** |
| **Wilmington Savings Fund Society** | **CHAPTER 13** |
| **Movant** | |
| **v.** | |
| **Wanda I. Perez-Arjona** | |
| **Respondent** | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this ____ day of _____, 2019, upon consideration of the Motion of Wilmington Savings Fund Society ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to commence and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to foreclose any mortgages held by Movant on the property owned by Debtor located at 2468 Elfreth's Alley, Bensalem, PA 19020.

FURTHER ORDERED that this Order shall also be applicable to Javier Arjona under Section 1301(c)(3) of the Bankruptcy Code.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

_____
Magdeline D. Coleman, U.S.B.J.